COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 GUSTAVO HERNANDEZ,
  
                                    
 Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
                                     Appellee.
 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
 
 
  
  
                   No. 08-11-00276-CR
  
                          Appeal from
  
 112th District
 Court
  
 of Reagan County,
 Texas
  
 (TC # 1596)
 
 
 
 
  
  
 
 
  
  
 
 
  
  
 
 


                                                     MEMORANDUM
OPINION

 

Pending
before the Court is Appellant=s
motion to dismiss this appeal pursuant to Tex.R.App.P.
42.2(a).  As required by that rule, the
withdrawal of the notice of appeal is signed by Appellant.  Further, the Clerk of this Court has
forwarded a duplicate copy of the written withdrawal to the clerk of the trial
court.  Because Appellant has established
compliance with the requirements of Rule 42.2(a), we grant the motion and
dismiss the appeal.          

 

 

February 8, 2012                                 ________________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

 

Before McClure, C.J., Rivera, and Antcliff, JJ.